UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  
Sharon LaVerne White

Debtor(s)

Case No. 14-57799-PJS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2014.

2) The plan was confirmed on 04/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/01/2018, 07/31/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/18/2020.

5) The case was dismissed on 07/09/2020.

6) Number of months from filing or conversion to last payment: 62.

7) Number of months case was pending: 69.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,705.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $67,365.12 | | | |
| Less amount refunded to debtor | | | $1,250.00 | | | |
| **NET RECEIPTS:** | | | | | | **$66,115.12** |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $13,704.54 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,883.83 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$18,588.37** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 703.33 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 79.59 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY | Unsecured | NA | 401.14 | 401.14 | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 4,092.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,161.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,145.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,122.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 2,352.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 2,350.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 1,780.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 1,780.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS/CAROL WRIG | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC | Secured | 15,340.00 | 15,982.14 | 15,982.14 | 10,343.07 | 1,868.99 |
| FIRST PREMIER BANK | Unsecured | 456.00 | 455.94 | 455.94 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 449.00 | 449.00 | 449.00 | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Unsecured | 56.82 | NA | NA | 0.00 | 0.00 |
| GENISYS CREDIT UNION | Unsecured | 1,502.67 | 1,502.67 | 1,502.67 | 0.00 | 0.00 |
| GINNY'S | Unsecured | 61.49 | 77.43 | 77.43 | 0.00 | 0.00 |
| GUTHY RENKER | Unsecured | 22.94 | NA | NA | 0.00 | 0.00 |
| HENRY FORD HEALTH SYSTEMS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEMS | Unsecured | 93.92 | NA | NA | 0.00 | 0.00 |
| INDEPENDENCE GREEN APARTMENT | Secured | 689.00 | 1,014.02 | 1,014.02 | 931.82 | 0.00 |
| INDEPENDENCE GREEN APARTMENT | Secured | 0.00 | 0.00 | 0.00 | 25,863.90 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,000.00 | 8,520.16 | 8,520.16 | 2,118.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 2,705.00 | 2,705.00 | 2,705.00 | 283.26 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 8,202.59 | 8,202.59 | 0.00 | 0.00 |
| MAXLEND | Unsecured | 645.02 | NA | NA | 0.00 | 0.00 |
| MEADE & ASSOCIATES INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MEADE & ASSOCIATES INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN BELL TELEPHONE COMP/ | Unsecured | NA | 338.32 | 338.32 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTGOMERY WARD | Unsecured | 172.58 | 295.70 | 295.70 | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 90.15 | NA | NA | 0.00 | 0.00 |
| PROG FINANCE LLC | Secured | 406.26 | 303.95 | 303.95 | 303.95 | 0.00 |
| PROG FINANCE LLC | Secured | NA | 358.56 | 358.56 | 358.56 | 0.00 |
| SAMS CLUB | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| SILVER CLOUD FINANCIAL | Unsecured | 0.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Secured | NA | 1,744.81 | 1,744.81 | 1,744.81 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | NA | 3,238.59 | 3,238.59 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 3,000.00 | 4,041.77 | 4,041.77 | 1,004.94 | 0.00 |
| STONEBERRY | Unsecured | 108.11 | NA | NA | 0.00 | 0.00 |
| THE SPRINGS APARTEMTNS | Unsecured | 1,598.00 | NA | NA | 0.00 | 0.00 |
| THE SPRINGS APARTEMTNS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASST | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION % | Unsecured | 5,194.00 | 29,078.71 | 29,078.71 | 0.00 | 0.00 |
| UNIVERSAL CREDIT SERVICES | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 500.00 | 490.49 | 490.49 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,982.14 | $10,343.07 | $1,868.99 |
| All Other Secured | $6,126.34 | $31,908.04 | $283.26 |
| **TOTAL SECURED:** | **$22,108.48** | **$42,251.11** | **$2,152.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,561.93 | $3,123.39 | $0.00 |
| **TOTAL PRIORITY:** | **$12,561.93** | **$3,123.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,130.58** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $18,588.37 |
| Disbursements to Creditors | $47,526.75 |
| **TOTAL DISBURSEMENTS:** | **$66,115.12** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/19/2020 By: /s/ David Wm. Ruskin
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**